Bob W. Hadley
Attorney for WFS Financial, Inc.
7390 South Creek Road #201
Sandy, UT 84093
P.O. Box 900790
Sandy, UT  84090-0790
Telephone: (801) 304-3600
Fax:  (801) 304-9996

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>MICHELE SWIGER<br><br>Debtor(s). | APPLICATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY AS TO WFS FINANCIAL, INC.<br><br>Bankruptcy No. 02-22691 WTT<br><br>Chapter 7 |

WFS Financial, Inc.  ("WFS"), through its undersigned counsel, represents that

pursuant to Local Rule 2002-1 and 4001-1 of the Local Rules of Practice of the United States

Bankruptcy Court for the District of Utah, the above-named Debtor, and her attorney,  and

other parties of interest were given notice of the Motion of WFS for Relief from Automatic

Stay with a copy of said Motion being served by first-class mail, upon the parties April 16,

2002.  No party has filed an objection.  More than fifteen days have passed since the

sending of said notice, and WFS is therefore entitled to the relief requested from the

automatic stay under 11 USC 362.

1



0222691D9

Applicant hereby requests that an Order granting the relief sought be entered and that

the hearing scheduled for May 13, 2002 at 9:30 a.m. be stricken.  Applicant also moves the

Court to order that Rule 4001 (a)(3) is not applicable so Applicant may immediately enforce

and implement the order granting relief from the automatic stay.

DATED May 9, 2002.

Bob W. Hadley
Attorney for WFS Financial, Inc.